Solon S. Laing, Appellant, *v.* Charles S. Butler et al., Respondents.

(Submitted January 18, 1888; decided February 7, 1888.)

Appeal from order of the General Term of the Supreme Court in the fifth judicial department, made the first Tuesday of June, 1885, which reversed a judgment in favor of plaintiff. entered upon the report of a referee.

*William G. Laidlaw* for appellant.

*Frank W. Stevens* for respondents.

Agree to affirm on authority of *Stevens* v. *Butler* (*ante*, p. 615.)

All concur.

Order affirmed and judgment absolute against appellant on stipulation.

---

Thomas Lape, Respondent, *v.* James Thompson, Appellant.

(Argued January 18, 1888; decided February 7, 1888.)

Appeal from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 4, 1884, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*R. A. Parmenter* for appellant.

*John H. Peck* for respondent.

Agree to affirm on opinion below.

All concur.

Judgment affirmed.